JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valadimir Parenago et al<br><br>                     Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc., et al<br><br>                     Defendants. | Case No.  CV 18-00526-AB (ASx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_45_ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 12, 2018     _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE