UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VALADIMIR PARENAGO, an individual and co-borrower, and LIUBOV PARENAGO, an individual and co-borrower,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC. a business entity, and DOES 1 through 10, inclusive,<br><br>Defendants. | U.S.D.C.# 2:18-cv-00526-AB-AS<br>Assigned to the Hon. André Birotte, Jr.<br><br>**[PROPOSED] ORDER DISMISSING THE COMPLAINT WITH PREJUDICE UPON STIPULATION PURSUANT TO Fed. R. Civ. P. 41(a)**<br><br>Complaint filed: October 17, 2017 |

The Court, having reviewed and taken into consideration the Stipulation for Dismissal of the Complaint with Prejudice ("Stipulation") entered into by Plaintiffs VALADIMIR PARENAGO and LIUBOV PARENAGO ("Plaintiffs") and Defendant Select Portfolio Servicing, Inc. ("SPS") based on a settlement of the

above-referenced action, hereby enters the Stipulation as an Order.

It is hereby Ordered that the entire Complaint, including all causes of action and parties, is dismissed with prejudice in accordance with the Stipulation.

IT IS SO ORDERED.

Dated: April 30, 2018  By:_____
Honorable André Birotte Jr.
Judge of the United States District Court
Central District of California

---

ORDER DISMISSING THE COMPLAINT WITH PREJUDICE UPON STIPULATION PURSUANT TO Fed. R. Civ. P. 41(a)